UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES F. SMYTHE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>OPENAI, INC., et al.,<br><br>　　　　Defendants. | Case No.  25-cv-08296-TLT<br><br>**REFERRAL TO HELP DESK**<br><br>Re: Dkt. Nos. 10, 5/11, 14 |

## **REFERRAL TO THE HELP DESK AND ELECTRONIC FILING INSTRUCTIONS**

James F. Smythe is **encouraged** to seek free legal assistance from the Legal Help Center located in the San Francisco courthouse. The Legal Help Center will not represent you as your lawyer, but can provide basic legal assistance at no cost.  You can schedule an appointment by calling 415-782-8982 or emailing FedPro@sfbar.org.

You can find more information at https://cand.uscourts.gov/representing-yourself.  The court also has a free guide "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial.

You can access it online (https://cand.uscourts.gov/representing-yourself/pro-se-handbook) or in hard copy free of charge from the Clerk's Office.

The Plaintiff has filed a Motion for Leave to File Electronically.  ECF 11.  The instructions can be found at ECF 5.  There are no registration costs or fees for e-filing.

If you wish to register, more information is on the Court's website (https://cand.uscourts.gov/ ). Click on "If You Don't Have a lawyer," then "How to Register for E-Filing with this Court." If you are viewing this notice online, you can access the instructions by reviewing  https://cand.uscourts.gov/cases-e-filing/cmecf-information .

This order resolves ECF 11.

1    **IT IS SO ORDERED.**

2    Dated: October 14, 2025

_____
TRINA L. THOMPSON
United States District Judge